## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JONATHAN NORMAN,<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.  8:23-cv-472 |

## **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019.  Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other

6

Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff further alleges as follows:

## I. DEFENDANTS

1. Plaintiff names the following Defendants in this action:

   __X__    3M Company

   __X__    3M Occupational Safety LLC

   __X__    Aearo Holding LLC

   __X__    Aearo Intermediate LLC

   __X__    Aearo LLC

   __X__    Aearo Technologies LLC

## II. PLAINTIFF

2. Name of Plaintiff:

   > Jonathan Norman

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   > Not applicable.

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> Not applicable.

5. State(s) of residence of Plaintiff:

> Mississippi

### III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

> Diversity of Citizenship

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

> United States District Court for the Southern District of Mississippi, Hattiesburg Division

### IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

   __X__   Yes

   _____   No

### V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

    __X__      Hearing loss

    __X__      Sequelae to hearing loss

    __X__      Other [specify below]:

> Tinnitus and any and all related sequelae

## VI. **CAUSES OF ACTION**

10. Plaintiff adopts in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    __X__      Count I – Design Defect – Negligence

    __X__      Count II – Design Defect – Strict Liability

    __X__      Count III – Failure to Warn – Negligence

    __X__      Count IV – Failure to Warn – Strict Liability

    __X__      Count V – Breach of Express Warranty

    __X__      Count VI – Breach of Implied Warranty

    __X__      Count VII – Negligent Misrepresentation

    __X__      Count VIII – Fraudulent Misrepresentation

    __X__      Count IX – Fraudulent Concealment

    __X__      Count X – Fraud and Deceit

    __X__      Count XI – Gross Negligence

    __X__      Count XII – Negligence Per Se

   __X__        Count XIII – Consumer Fraud and/or Unfair Trade Practices

  _____       Count XIV – Loss of Consortium

   __X__        Count XV – Unjust Enrichment

   __X__        Count XVI – Punitive Damages

  _____       Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff may be entitled.

Dated: September 21, 2023

                                    **DOUGLAS & LONDON, P.C.**

                    By:   */s/ Virginia E. Anello*
                          VIRGINIA E. ANELLO (VA-8197)
                          59 Maiden Lane, 6th Floor
                          New York, NY 10038
                          Ph: (212) 566-7500
                          Fax: (212) 566-7501
                          Email: vanello@douglasandlondon.com

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury as to all issues.

                                      */s/ Virginia E. Anello*
                                      VIRGINIA E. ANELLO (VA-8197)